KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone: (209) 478-2000
Facsimile:  (209) 478-0354

Attorneys for Defendant
DONALD E. HICKINBOTHAM, in his
individual and representative capacity as
Trustee of the Donald E. Hickinbotham Trust

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD E. HICKINBOTHAM, in his individual and representative capacity as Trustee—Donald E. Hickinbotham Trust; PRAXAIR DISTRIBUTIONS, Inc., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:15-CV-00217-MCE-EFB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER** |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendant Donald E. Hickinbotham, through their respective attorneys that the deadline for Donald E. Hickinbotham to file a responsive pleading shall be extended by thirty days to March 20, 2015. There have been no previous extensions of time granted to defendant Donald E. Hickinbotham in this action.

Dated: March 3, 2015        CENTER FOR DISABILITY ACCESS

                                          //s// *Phyl Grace [with permission]*

                                          PHYL GRACE
                                          Attorneys for Plaintiff
                                          SCOTT JOHNSON

1  Dated: March 3, 2015                    KROLOFF, BELCHER, SMART,
2                                          PERRY & CHRISTOPHERSON
3                                          //s// *Velma K. Lim*
4                                          _____
                                           VELMA K. LIM
                                           Attorneys for Defendant
5                                          DONALD E. HICKINBOTHAM

### ORDER

Upon consideration of foregoing stipulation between the parties, and good cause appearing,

IT IS SO ORDERED.

**Dated: March 3, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT