# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD E HICKINBOTHAM, in his individual and representative capacity as Trustee--Donald E Hickinbotham Trust; PRAXAIR DISTRIBUTION, INC., a Delaware Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:15-cv-00217-MCE-EFB<br><br>**ORDER** |

In accordance with Plaintiff's Notice of Settlement (ECF No. 13), the Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: November 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT