UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>DONALD E HICKINBOTHAM, in his individual and representative capacity as Trustee--Donald E Hickinbotham Trust; PRAXAIR DISTRIBUTION, INC., a Delaware Corporation; and Does 1-10,<br><br>  Defendants. | Case: 2:15-cv-00217-MCE-EFB<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' stipulation, and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: December 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT